May 28, 1968.

M. P. No. 318. CONSTANCE L. COUPE, *et al. v.* ZONING BOARD OF REVIEW, PAWTUCKET. Reargument denied. *Crowe, Hetherington and Chester, Herbert M. Adams,* for petitioners. *Victor J. Beretta,* City Solicitor, for respondent. *Letts & Quinn, Daniel J. Murray, Jerome B. Spunt,* for applicants Sibarco Stations, Inc. and Carol Bertozzi.

M. P. No. 439. VIRGINIA ANDRUZEWSKI AND ANELLA IICKS, D/B/A SHANGRI-LA LOUNGE *v.* NATHANIEL W. SMITH, JR., *Liquor Control Adm'r, et al.* Certiorari granted. *Vincent J. Baccari,* for appellee. *Charles G. Edwards,* Asst. Attorney General, for appellant.

June 11, 1968.

M. P. No. 386. ARTHUR J. PETERS *v.* HAROLD V. LANGLOIS. Habeas corpus denied. *Arthur J. Peters,* pro se, petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondent.

M. P. No. 423. RICKY L. COCHRANE, *minor v.* HAROLD V. LANGLOIS, *Warden,* PAUL D. SHERMAN, *Asst. Director.* Habeas corpus granted. *Milton Stanzler,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for respondents.

APPEAL No. 256. THOMAS LE BLANC AND DORIS LE BLANC *et al. v.* STANLEY BALON, D/B/A BLACKSTONE CATERING Co. Reargument denied. (See also ORDER dated July 26, 1970 for denial of second motion for leave to file petition for reargument). *William R. Goldberg, Moses Kando, Ronald R. Gagnon,* for petitioners-appellants. *Worrell and Hodge, Eldridge H. Henning, Jr.,* of counsel, for respondent-appellee.

June 19, 1968.

M. P. No. 184. WILLIAM C. HOOPER *v.* HARRY GOLDSTEIN, *et al.* Reargument denied. *Beals, Sweeney & Jerue, David F. Swee-*